# Wytheville.

## CITY OF NEWPORT NEWS v. ROBINS.

### June 15, 1905.

CARDWELL, J.:

This case is in all essential features the same as that of *City of Newport News* v. *Woodward,* just decided, and, for the reasons stated in the opinion of the court filed with the record in that case, the judgment of the Corporation Court of the city of Newport News in this will also be reversed.

*Reversed.*